IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>FLORENCIO AVILA-SANCHEZ,　　　)<br>　　　　Defendant.　　　　　　　)  | 8:11CR382<br><br>ORDER |

　　　　Defendant Florencio Avila-Sanchez (Avila-Sanchez) appeared before the court on June 26, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 35). Avila-Sanchez was represented by Assistant Federal Public Defender Karen M. Shanahan and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Through his counsel, Avila-Sanchez waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and Avila-Sanchez should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

　　　　The government moved for detention. Through counsel, Avila-Sanchez declined to present any evidence or request a hearing on the issue of detention. Since it is Avila-Sanchez's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Avila-Sanchez has failed to carry his burden and that Avila-Sanchez should be detained pending a dispositional hearing before Chief Judge Smith Camp.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 11:00 a.m. on August 1, 2013**. Defendant must be present in person.

　　　　2.　　Defendant Florencio Avila-Sanchez is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

　　　　3.　　Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

　　　　4.　　Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

　　　　DATED this 26th day of June, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge